*Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Felicia H. Dubrovsky* for the United States.

No. 720. KING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ben F. Foster* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for the United States.

No. 728. UNION BLEACHERY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Leonard Marshall* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Frank J. Ready* for the United States.

No. 735. MARX ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Emily Marx* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for respondent.

No. 736. GIVENS *v.* MOLL ET AL. C. A. 5th Cir. Certiorari denied. *Henry C. Vosbein* for petitioner.

No. 737. YATES *v.* BALL. Supreme Court of Florida. Certiorari denied. *Robert H. Anderson* and *Harry T. Gray* for petitioner. *Henry P. Adair* and *Wm. H. Rogers* for respondent.

No. 739. ELLIS, RECEIVER, *v.* CATES. C. A. 4th Cir. Certiorari denied. *John Locke Green* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *Fred W. Smith* for respondent.